IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GANNER, | No. CIV S-07-2597-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ERIC AZARVAND, | |
| Defendant. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On December 14, 2007, the court directed plaintiff to either submit a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days.[1]  Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  As of January 31, 2008, plaintiff had not resolved the fee status for this case and the court issued findings and recommendations that the action be dismissed for lack of prosecution and failure to comply with court orders.  On February 8, 2008, plaintiff filed objections indicating that he never received the

---

[1] Plaintiff was also directed to file an operative pleading, which he did by filing a complaint on January 15, 2008.

1

1  court's December 14, 2007, order and that the filing of an operative pleading was "entirely
2  coincidental."  Good cause appearing therefor, the court will vacate the January 31, 2008,
3  findings and recommendations and provide plaintiff another opportunity to resolve the fee status
4  for this case.  Plaintiff is again warned that failure to comply may result in dismissal of this
5  action.
6           Accordingly, IT IS HEREBY ORDERED that:
7           1.   The findings and recommendations issued on January 31, 2008, are
8  vacated;
9           2.   Within 30 days of the date of this order, plaintiff shall resolve the fee
10 status for this case pursuant to the requirements outlined in the December 14, 2007, order;
11          3.   The Clerk of the Court is directed to forward to plaintiff the court's form
12 application to proceed in forma pauperis by a state prisoner; and
13          4.   The Clerk of the Court is also directed to forward to plaintiff a copy of the
14 court' December 14, 2007, order.

 DATED: February 14, 2008

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE