IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GANNER, | No. CIV S-07-2597-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ERIC AZARVAND, | |
| Defendant. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 26, 2008, the court granted plaintiff an extension of time to resolve the fee status for this case. On April 10, 2008, plaintiff submitted an application to proceed in forma pauperis. That application, however, does not contain a certified copy of plaintiff's prison trust account statement. Plaintiff alleges that his case worker is ignoring his requests for this document and asks the court to order the prison to provide the trust account statement. Rather than ordering action from the prison, the court will grant plaintiff additional time to obtain the document on his own from the appropriate prison official.

1

1 | Accordingly, plaintiff shall resolve the fee status for this case within 30 days of
2 | the date of this order.  He may do so either by paying the full filing fee or supplementing his
3 | April 10, 2008, in forma pauperis application with a certified copy of this trust account
4 | statement.
5 |         IT IS SO ORDERED.

DATED:  April 21, 2008

                                         _____
                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE