1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LARRY GANNER,                          No. CIV S-07-2597-LKK-CMK-P

12              Plaintiff,

13       vs.                                  <u>ORDER</u>

14   ERIC AZARVAND,

15              Defendant.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18   U.S.C. § 1983.[1]   On December 14, 2007, the court directed plaintiff to file a complaint that

19   complies with the requirements of the Federal Rules of Civil Procedure and also to resolve the

20   fee status for this case.[2]   Because plaintiff had not complied with the requirements to resolve

21   fees, the court issued findings and recommendations that the case be dismissed for lack of

22   prosecution and failure to comply with court rules and orders.  In objections filed on February 8,

23

24       [1]       Plaintiff is a prisoner at the San Joaquin County Jail.

25       [2]       Plaintiff filed a complaint on January 15, 2007.  He then filed another complaint
26   on February 20, 2008, and an amended complaint on May 5, 2008.  Plaintiff's complaints will be
     addressed separately.

                                                    1

1  2008, plaintiff sought additional time to resolve fees.  The court vacated the findings and

2  recommendations and granted plaintiff an extension of time.

3       Plaintiff filed an application for leave to proceed in forma pauperis on March 3,

4  2008.  That application, however, did not contain a certified copy of plaintiff's trust account

5  statement.  On March 26, 2008, the court directed plaintiff to correct this deficiency.  On April

6  10, 2008, plaintiff submitted another application to proceed in forma pauperis.  That application,

7  however, also did not contain a certified copy of plaintiff's trust account statement.  Plaintiff

8  alleges that his case worker is ignoring his requests for this document and asks the court to order

9  the prison to provide the trust account statement.  Rather than ordering action from the prison, on

10  April 21, 2008, the court granted plaintiff an extension of time to submit a certified trust account

11  statement.

12       On May 20, 2008, plaintiff submitted documents in which he continues to assert

13  that jail officials are ignoring his request to be provided a copy of his trust account statement to

14  forward to the court as directed.  It thus appears that plaintiff's inability to comply with the

15  court's orders is no fault of his own, but is due to the inaction of jail officials.  Because plaintiff

16  has otherwise demonstrated by affidavit that he is indigent and entitled to in forma pauperis

17  status, see 28 U.S.C. § 1915(a), the court will conditionally grant his applications subject to later

18  submission of a certified copy of this jail trust account statement.  By separate order the court

19  will direct officials at the San Joaquin County Jail to submit a certified copy of plaintiff's trust

20  account statement.

21       Accordingly, IT IS HEREBY ORDERED that:

22       1.    Plaintiff's motions for leave to proceed in forma pauperis (Docs. 16 and

23  20) are granted;

24       2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this

25  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26  / / /

1          3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2  § 1915(b)(1); and

3          4.      Plaintiff will be obligated for monthly payments of twenty percent of the

4  preceding month's income credited to plaintiff's prison trust account, such payments to be

5  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7  § 1915(b)(2).

8

9

   DATED:  May 27, 2008

10
                                               _____
11                                             **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26