**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY GANNER, | No. CIV S-07-2597-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| ERIC AZARVAND, | |
| Defendant. | |
| _____/ | |

To: San Joaquin County Sheriff's Department
Attention Inmate Trust Accounts
7000 Michael Canlis Blvd., French Camp, California 95231:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. On May 28, 2008, the court issued an order directing the director of the agency referenced above, or a designee, to submit to the court within 30 days a certified copy of plaintiff's trust account statement. To date, no certified trust account statement has been submitted. The director of the agency referenced above, or a designee, shall show cause in writing, within 20 days of the date of this order, why appropriate sanctions should not be imposed for failure to comply with the court's order. Submission of a certified copy of plaintiff's trust account statement, under cover of the attached Notice of Submission of Documents, within

1

1  the time provided, shall constitute an adequate response to this order.
2          IT IS SO ORDERED.
3
4  DATED: September 8, 2008
5
6                                      **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY GANNER, | No. CIV S-07-2597-LKK-CMK-P |
| Plaintiff, | |
| vs. | |
| ERIC AZARVAND, | |
| Defendant. | |
| _____/ | |

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    I hereby submit a certified copy of plaintiff's trust account statement.

DATED: _____      _____
                                                              Director or designee