IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GANNER, | No. CIV S-07-2597-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ERIC AZARVAND, | |
| Defendant. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action. On May 28, 2008, the court issued an order directing the director of San Joaquin County Sheriff's Department, or a designee, to submit to the court within 30 days a certified copy of plaintiff's trust account statement. As of September 9, 2008, no certified trust account statement had been received and the court issued an order to show cause. On September 19, 2008, officials at the San Joaquin County Sheriff's Department submitted a certified copy of plaintiff's trust account statement.

/ / /

/ / /

/ / /

1       The order to show cause is, therefore, discharged and plaintiff's in forma pauperis status is confirmed. The Clerk of the Court is directed to serve a copy of this order to plaintiff and the following address:

> San Joaquin County Sheriff's Department
> Attention Inmate Trust Accounts
> 7000 Michael Canlis Blvd., French Camp, California 95231:

IT IS SO ORDERED.

DATED: September 23, 2008

                          */s/ Craig M. Kellison*
                        **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE