UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GANNER,

        Plaintiff,

    v.

ERIC AZARVAND, et al.,

        Defendants.
                              /

NO. CIV. S-07-2597 LKK/CMK

**O R D E R**

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////

1

1  IT IS ORDERED that any hearing dates currently set before the
2 undersigned are **VACATED.**
3  IT IS FURTHER ORDERED that the Clerk of the Court reassign
4 this case to the Honorable Craig M. Kellison, United States
5 Magistrate Judge.  All future documents filed in the above-
6 captioned case shall reference the following case number: No. Civ.
7 S-07-2597 CMK.
8  DATED:  December 29, 2011
9                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
10                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
11
12  Having also reviewed the file, I accept reference of this case
13 for all further proceedings and entry of final judgment.
14
15  DATED:  December 29, 2011

                                    _____
17                                   **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

2