IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GANNER, | No. CIV S-07-2597-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ERIC AZARVAND, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se[1], brings this civil rights action pursuant to 42 U.S.C. § 1983 raising claims related to his arrest.  Pending before the court is defendants' motion to dismiss (Doc. 59).  While defendants noticed their motion for hearing on February 8, 2012, before the undersigned in Redding, California, pursuant to Eastern District of California Local Rule 230(l), motions in prisoner civil rights cases are briefed on the papers with no oral argument.  Moreover, no hearing is appropriate given that plaintiff failed to file any written opposition to defendants' motion.  See Local Rule 230(c).

/ / /

---

[1] Although it appears based on mail returned as undeliverable that plaintiff has been released from prison, he has not confirmed this by way of filing a notice of change of address.

1

1       Accordingly, IT IS HEREBY ORDERED that the hearing set for February 8, 2012, is vacated and defendants' unopposed motion is submitted on the papers.

DATED: February 7, 2012

                                                                     _____
                                                                     **CRAIG M. KELLISON**
                                                                     UNITED STATES MAGISTRATE JUDGE