IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GANNER, | No. 2:07-CV-2597-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| ERIC AZARVAND, et al., | |
|     Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 raising claims related to his arrest.

      On February 21, 2012, mail directed to plaintiff was returned by the United States Postal Service as undeliverable. It appears that plaintiff is no longer incarcerated or has been moved to a different institution. Under Eastern District of California Local Rule 183(b), parties appearing pro se must inform the court of any change of address within 63 days of mail being returned. Absent such notice, the court may dismiss the action for failure to comply with court rules and orders. See id. In this case, plaintiff has not filed a notice of change of address and the court finds that dismissal of the action is appropriate.

/ / /

1

1          The docket reflects that a notice of automatic bankruptcy stay was filed by defendants incident to a bankruptcy petition filed by the City of Stockton.  The court concludes that the automatic stay does not preclude the court from dismissing the action under Local Rule 183(b) for failure to file a notice of change of address because such a dismissal does not require the court to "first decide any other issues presented by or related to the underling case." <u>Dean v. Trans World Airlines, Inc.</u>, 72 F.3d 754, 756 (9th Cir. 1995).

         Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within 30 days of the date of this order why this action should not be dismissed under Local Rule 183(b).

DATED: October 15, 2012

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE